**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**ACE FIRE UNDERWRITERS INSURANCE**
**COMPANY, ET AL.**
    **Plaintiff,**

vs

**CHRISTINE GILL, ET AL.**
    **Defendant.**

_____ /

**CASE NO.: 2:11-cv-620-FtM-29-DNF**

Type of Case: Unknown

## MEDIATION REPORT

Pursuant to the Court's Order / Joint Stipulation, a Mediation conference was conducted by Michael J. Carbo, Esquire of Mediation, Inc., on March 08, 2013.

The following were present:

    Plaintiff's Counsel and Defense Counsel appeared. Plaintiff and Defendant appeared by telephone.

The result of the Mediation conference is as follows:

    Case completely SETTLED. Counsel were directed to submit Agreement, Stipulation for Dismissal, or other Final Disposition to the Court as soon as possible.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on March 11, 2013 to:

    James A. Cueva, Esquire

    Hyram M. Montero, Esquire

Respectfully Submitted:

_____

JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
for Michael J. Carbo, Esquire
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
(800) 741-7000