UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ACE FIRE UNDERWRITERS INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,

    Plaintiff,

vs.      Case No. 2:11-cv-620-FtM-29DNF

CHRISTINE GILL, as personal representative of the estate of Jaime Iswidro Gallardo, Deceased, IMMOKALEE PRODUCE SHIPPERS, INC.,

    Defendants.
_____

### ORDER

On March 11, 2013, the Court entered an Order (Doc. #54) administratively closing the case for a period of thirty days. That time has now expired and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate any previously scheduled and pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of April, 2013.

    _____
    JOHN E. STEELE
    United States District Judge

Copies: Counsel of record